THE HONORABLE ROBERT S. LASNIK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>V.<br><br>ANTONIO MANUEL AMANICO RAMOS,<br>MY BA DINH, DENTE RYAN,<br><br>Defendants. | No.  CR05-380RSL<br><br>ORDER<br>CONTINUING TRIAL |

THIS MATTER HAVING COME on/or before the undersigned Judge, upon the application of the defendants Dinh and Ryan for an order continuing trial, and the court having considered the records and files herein.

THE COURT HAVING FOUND that counsel for Mr. Dinh and Mr. Ryan, and counsel for the government agree that a continuance of the trial date is necessary, that additional time is required by counsel for Mr. Dinh to review recently received discovery, prepare for trial, and entertain plea negotiations, that counsel for Mr. Dinh has a pre-arranged vacation scheduled during the week of December 27, 2005, and that continuing the trial date on the ground that the "ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial," as permitted by 18 U.S.C. §§ 3161(h)(8)(A) (B)(ii) and (B)(iv), and considering the objection by counsel for Mr. Ramos;

*(PROPOSED)* ORDER CONTINUING TRIAL - 1

1   IT IS HEREBY ORDERED that the trial date in this matter is continued from December 27, 2005 to February 6, 2006, and that the pretrial motions deadline be continued to January 12, 2006.

IT IS FURTHER ORDERED that the period of time from the current trial date of December 27, 2005 to February 6, 2005 is excluded in calculating the time within which trial must begin under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A).

DONE IN OPEN COURT this 20th day of December, 2005.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

Presented by:

My Ba Dinh, represented by:
LAW OFFICES OF JOHN HENRY BROWNE
s/ Jessica Riley
WSBA # 32705
2100 Exchange Building
Seattle, Washington 98104
Phone: 206-388-0777
Fax: 206- 388-0780
email: jriley@jhblawyer.com

Dente Ryan, represented by:
MICHAEL KOLKER
s/Michael Kolker (telephonic approval)
Michael Kolker, WSBA #16932
900 4th Avenue, Suite 3250
Seattle, WA 98164
Phone: (206) 464-1761
email: mkolker@earthlink.net

JANET FREEMAN
s/Janet Freeman (telephonic approval)
JANET FREEMAN, WSBA #24599
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271

*(PROPOSED)* ORDER CONTINUING TRIAL - 2

LAW OFFFICES OF JOHN HENRY BROWNE PS
821 SECOND AVENUE, SUITE 2100
SEATTLE, WASHINGTON  98104
(206) 388-0777 • FAX: (206) 388-0780

Phone: (206) 553-7970
janet.freeman@usdoj.gov

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

*(PROPOSED)* ORDER CONTINUING TRIAL - 3

LAW OFFFICES OF JOHN HENRY BROWNE PS
821 SECOND AVENUE, SUITE 2100
SEATTLE, WASHINGTON 98104
(206) 388-0777 • FAX: (206) 388-0780