Chief Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR05-380L |
| Plaintiff, | |
| v. | STIPULATED ORDER CONTINUING TRIAL DATE |
| ANTONIO MANUEL AMANCIO RAMOS, MY BA DINH, and DENTE RYAN, | |
| Defendants. | |

On December 15, 2005, this Court conducted a status conference to determine a trial date. Based on the records and files herein and the stipulated representations of defense counsel and the Government, the Court finds that:

1. The trial in this matter was scheduled to begin on December 27, 2005.

2. This is the first request for a trial continuance in this matter.

3. None of the defendants is in custody.

4. Defendant My Ba Dinh recently obtained new counsel. Jessica Riley, counsel for My Ba Dinh, advised that her law firm entered the case approximately three weeks ago. Counsel has reviewed the discovery materials. Through the exercise of due diligence, however, counsel has been unable to meet with Mr. Dinh to review his case until only recently due to scheduling difficulties in coordinating with Mr. Dinh and a

ORDER CONTINUING TRIAL DATE/
*United States v. Antonio Manuel Amancio Ramos, et al.*— 1
Case No. CR05-380L

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

Vietnamese interpreter. Further, lead counsel for Mr. Dinh, John Henry Browne, is unavailable during the week of December 27, 2005, as he has a preplanned vacation that week. In open court, My Ba Dinh openly acknowledged his consent to continue the trial to April 3, 2006.

5. Michael Kolker, counsel for Dente Ryan, concurred with the request for the continuance. He further advised the Court that he is awaiting new discovery materials from the Government, as those materials apply only to his client. (Government counsel still awaits receiving these materials from another law enforcement agency.) In open court, Dente Ryan openly acknowledged his consent to continue the trial to April 3, 2006.

6. Stephan Illa, counsel for Antonio Ramos, advised the Court that his client does not consent to a continuance due to the fact that Mr. Ramos wishes this matter to be concluded.

7. None of the defendants has filed a motion to sever.

8. The Government consents to this trial continuance.

9. Although Defendant Antonio Ramos and his counsel did not waive their objection to the trial continuance, all parties acknowledged their availability for trial on April 3, 2006.

10. The ends of justice outweigh the best interests of the public and the defendants in a speedy trial. Failure to grant a continuance would deny continuity of counsel for Defendant My Ba Dinh, who is unavailable during the week of December 27, 2005. Failure to grant a continuance would deny effective preparation for the trial by counsel for Defendant Dente Ryan, who is waiting to receive additional discovery materials from the Government.

For all the foregoing reasons,

IT IS HEREBY ORDERED, *nunc pro tunc*, that the trial date is continued from December 27, 2005, to April 3, 2006.

ORDER CONTINUING TRIAL DATE/
*United States v. Antonio Manuel Amancio Ramos, et al.*— 2
Case No. CR05-380L

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

IT IS FURTHER ORDERED that pursuant to Title 18, United States Code, Section 3161(h), the period of time from the date of the status conference on December 15, 2005, to the new trial date, April 3, 2006, shall be excluded in the computation of time under the Speedy Trial Act.

DATED this 22nd day of December, 2005.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

Presented by:

s/ *Janet Freeman*
JANET FREEMAN
WSBA #24599
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-3903
Phone: (206) 553-7729
Fax:    (206) 553-0755
e-mail: Janet.Freeman@usdoj.gov

s/ Michael S. Kolker *(telephonic approval)*
MICHAEL S. KOLKER, WSBA No. 16932
Attorney for Defendant Dente Ryan
900 Fourth Ave., Suite 3250
Seattle, WA 98164
Phone: (206) 464-1761
Fax:    (206) 382-9109
E-mail: mkolker@earthlink.net

s/ Stephan R. Illa *(telephonic approval as to form only)*
STEPHAN R. ILLA
Attorney for Defendant
Antonio Manuel Amancio Ramos
600 First Ave., Suite 433
Seattle, WA 98104
Phone: (206) 464-4142
E-mail: thestephanator@msn.com

ORDER CONTINUING TRIAL DATE/
*United States v. Antonio Manuel Amancio Ramos, et al.*— 3
Case No. CR05-380L

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

| | |
|---|---|
| 1 | s/ Jessica J. Riley *(telephonic approval)* |
| 2 | JESSICA J. RILEY |
|   | Attorney for Defendant My Ba Dinh |
| 3 | The Law Offices of John Henry Browne |
|   | 821 2nd Avenue, Suite 2100 |
| 4 | Seattle, WA 98104 |
| 5 | Phone:  (206) 388-0777 |
|   | Fax:     (206) 388-0780 |
| 6 | E-mail: jriley@jhblawyer.com |

ORDER CONTINUING TRIAL DATE/
*United States v. Antonio Manuel Amancio Ramos, et al.*— 4
Case No. CR05-380L