Chief Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR05-380L |
| Plaintiff, | ) | |
| v. | ) | STIPULATED ORDER CONTINUING TRIAL DATE |
| ANTONIO MANUEL AMANCIO RAMOS, MY BA DINH, and DENTE RYAN, | ) ) ) | |
| Defendants. | ) | |

On March 30, 2006, the United States Attorney, and Defendant, My Ba Dinh, through his counsel, Jessica Riley, and Defendant, Dente Ryan, through his counsel, Stewart Riley filed a stipulated motion requesting to continue the trial date from April 3, 2006, to June 5, 2006.  Based on the records and files herein and the stipulated representations of defense counsel and the Government, the Court finds that:

1. The trial in this matter was scheduled to begin on April 3, 2006.
2. This is the second request for a trial continuance in this matter.
3. None of the Defendants is in custody.
4. None of the Defendants has filed a motion to sever.
5. That additional time is necessary for Stewart Riley, counsel for Dente Ryan, to inspect and examine new discovery materials that were recently obtained by the prosecutor from another investigative agency as part of a

ORDER CONTINUING TRIAL DATE/
*United States v. Antonio Manuel Amancio Ramos, et al.*— 1
Case No. CR05-380L

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

|   |   |   |
|---|---|---|
| 1 |    | separate investigation. More time is needed for Mr. Riley to review these |
| 2 |    | materials so that he may effectively advise his client on how to proceed. |
| 3 | 6. | On March 6, 2006, the lead attorney for My Ba Dinh, John Henry Browne, |
| 4 |    | filed a Notice of Unavailability of Counsel, in which he advised of his |
| 5 |    | unavailability from March 31, 2006, to April 10, 2006. Therefore, he is not |
| 6 |    | available to try this case on April 3, 2006. |
| 7 | 7. | Further, through the exercise of due diligence, Jessica Riley (co-counsel for |
| 8 |    | My Ba Dinh) has been unable to meet with Mr. Dinh recently to discuss his |
| 9 |    | latest position on the Government's plea offer and to review his case due to |
| 10 |    | difficulties in coordinating with him and a Vietnamese interpreter. |
| 11 | 8. | The Assistant United States Attorney has advised that Antonio Ramos is |
| 12 |    | not in compliance with his Appearance Bond and that the Office of |
| 13 |    | Pretrial Services has lost all contact with Defendant Ramos. The United |
| 14 |    | States Attorney believes that Mr. Ramos has absconded. |
| 15 | 9. | Stephan Illa, counsel for Antonio Ramos, has taken no position on this |
| 16 |    | request for continuance. |
| 17 | 10. | Dente Ryan has entered a Waiver of Speedy Trial, in which he expressly |
| 18 |    | waived his speedy trial rights through June 30, 2006. |
| 19 | 11. | My Ba Dinh is expected to file by April 3, 2006, a Waiver of Speedy |
| 20 |    | Trial through the proposed trial date. |
| 21 | 12. | The ends of justice outweigh the best interests of the public and the |
| 22 |    | Defendants in a speedy trial. Failure to grant a continuance would deny |
| 23 |    | continuity of counsel for Defendant, My Ba Dinh, who is unavailable |
| 24 |    | during the week of April 3, 2006. Further, failure to grant a continuance |
| 25 |    | would deny effective preparation for the trial by counsel for Defendant, |
| 26 |    | Dente Ryan, who recently reviewed newly discovered evidence from the |
| 27 |    | Government and who is waiting to receive photocopies of these |
| 28 |    | documentary materials. |

ORDER CONTINUING TRIAL DATE/
*United States v. Antonio Manuel Amancio Ramos, et al.*— 2
Case No. CR05-380L

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1   For all the foregoing reasons,

2   IT IS HEREBY ORDERED, that the trial date is continued from April 3, 2006,
3   to June 5, 2006.

4   IT IS FURTHER ORDERED that pursuant to Title 18, United States Code,
5   Section 3161(h), the period of time from the date of the filing of the parties' stipulated
6   motion on March 30, 2006, to the new trial date, June 5, 2006, shall be excluded in the
7   computation of time under the Speedy Trial Act.

8   DATED this 31st day of March, 2006.

9
10                                              _____
                                                Robert S. Lasnik
11                                              United States District Judge

12  Presented by:

13  s/ *Janet Freeman*
14  JANET FREEMAN
    Assistant United States Attorney
15  United States Attorney's Office
    700 Stewart Street, Suite 5220
16  Seattle, Washington 98101-3903
17  Phone: (206) 553-7729
    e-mail: Janet.Freeman@usdoj.gov
18

19  s/ Stewart Riley *(telephonic approval)*
    STEWART RILEY
20  Attorney for Defendant Dente Ryan
    800 Fifth Avenue, Suite 4000
21  Seattle, Washington  98104
22  Phone:  (206) 622-0925
    E-mail: stewriley@yahoo.com
23

24  s/ Jessica J. Riley *(telephonic approval)*
25  JESSICA J. RILEY
    Attorney for Defendant My Ba Dinh
26  The Law Offices of John Henry Browne
    821 2nd Avenue, Suite 2100
27  Seattle, Washington 98104
28  Phone:  (206) 388-0777
    E-mail: jriley@jhblawyer.com

ORDER CONTINUING TRIAL DATE/
*United States v. Antonio Manuel Amancio Ramos, et al.* — 3
Case No. CR05-380L

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970